1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINUM WINE IMPORTERS & DISTRIBUTORS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, et al.,<br><br>Defendants. | CASE NO. C18-491-MJP<br><br>ORDER GRANTING DEFENDANT PCL CONSTRUCTION SERVICES, INC.'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

THIS MATTER comes before the Court on Defendant PCL Construction Services, Inc.'s ("PCL") Motion for Withdrawal and Substitution of Counsel. Having considered the Motion and all related papers, the Court GRANTS the Motion. Attorney William W. Spencer of Murray Dunham & Murray is hereby withdrawn as attorney of record for PCL. Attorneys W. Scott Clement and Marnie H. Silver of Clement & Drotz, PLLC are hereby substituted as attorneys of record for PCL.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 27, 2018.

Marsha J. Pechman
United States District Judge